UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. MUSK,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-1965-RAJ-JPD<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Based on defendant's unopposed motion for extension of time to respond to plaintiff's complaint, Dkt. 11, as well as the declaration of Nicole Jabaily, Dkt. 12, it is hereby ORDERED that defendant's motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before February 12, 2014.

DATED this 15th day of January, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1