UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BRIAN MUSK,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | CASE NO. C13-CV-1965-RAJ-JLW<br><br>ORDER REVERSING COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation ("R&R") of United States Magistrate Judge John L. Weinberg.  The court, noting that no one objected to the R&R, orders as follows:

(1) The Court adopts the R&R (Dkt. # 23) and REVERSES the decision of the Commissioner.

(2) The Court REMANDS for further proceedings consistent with the R&R.

  (A) The ALJ should credit the previously rejected medical and lay witness evidence, as set forth in the R&R, and incorporate the opinions into a new RFC.

ORDER REVERSING COMMISSIONER
PAGE -1

(B) After establishing an RFC that accurately reflects the Plaintiff's capacity, the ALJ should solicit testimony from a Vocational Expert as to Plaintiff's employability.

(C) Finally, should the ALJ determine that Plaintiff is disabled, evidence of alcohol use requires further evaluation under *Bustamante v. Massanari*, 262 F.3d 949 (9th Cir. 2001).

The clerk shall enter judgment for Plaintiff and ensure that Judge Weinberg receives notice of this order.

DATED this 16th day of October, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge