UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL B. MUSK,<br>                    Plaintiff,<br>     v.<br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br>                    Defendant. | No. 2:13-cv-01965-RAJ<br><br>ORDER |

The court has reviewed Plaintiff's motion for attorney fees and expenses, as well as Defendant's statement that it does not oppose the relief Plaintiff requests. The court accordingly GRANTS the motion (Dkt. # 26). The court awards Plaintiff $5,522.60 in attorney fees and $10.68 in expenses pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412, and $34.55 in costs pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), payment of this award shall be made to Plaintiff's counsel, Francisco Rodriguez.

Dated this 2nd day of February, 2015.

The Honorable Richard A. Jones
United States District Court Judge

ORDER (2:13-cv-01965-RAJ) - 1

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 ● Seattle, WA  98103
Tel (206) 414-8894 ● Fax (206) 629-8975